IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTRYMAN NEVADA, LLC, | ) |
| | ) Case No.: 14-cv-1380 |
| Plaintiff, | ) |
| | ) Judge Milton I. Shadur |
| v. | ) |
| | ) Magistrate Judge Maria Valdez |
| DOES 1 – 42, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

PLEASE TAKE NOTICE that on Monday, March 24, 2014, at 9:15 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, in the courtroom usually occupied by him, Room 2302, in the United States District Courthouse at 219 South Dearborn Street, Chicago, IL and present the accompanying Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

Dated: March 19, 2014

Respectfully submitted,

COUNTRYMAN NEVADA, LLC

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
Attorneys for Plaintiff
Countryman Nevada, LLC

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 19, 2014.

                                                       _s/Michael A. Hierl_