# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Countryman Nevada, LLC

                      Plaintiff,

v.                                               Case No.: 1:14–cv–01380
                                                    Honorable Ronald A. Guzman

Does 1–42

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 4/10/2014. Plaintiff not in court. Status hearing set for 5/9/2014 at 09:30 AM. Plaintiff ordered to be present at the next status hearing. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.