IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTRYMAN NEVADA, LLC, | ) |
| Plaintiff, | ) Case No.: 14-cv-1380 )  ) Judge Ronald A. Guzman |
| v. | ) ) |
| CLARENCE JOHNSON, | ) ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE DEFENDANT

Plaintiff, Countryman Nevada, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Clarence Johnson. Each party shall bear its own attorney's fees and costs.

The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: August 4, 2014

COUNTRYMAN NEVADA, LLC

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
Countryman Nevada, LLC

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Doe Defendant was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 4, 2014.

                s/Michael A. Hierl